THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE BROWN, Appellant.— No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.